WALTER R. HOBLITZELL, PLAINTIFF-APPELLANT, AND CROSS-RESPONDENT, v. W. FRANCK HOWARD, WILLIAM C. HOBLITZELL, H. O. B. MOTORS, INC., A CORPORATION OF NEW JERSEY, JOHN E. TOOLAN AND JOSEPH J. SEAMAN, DEFENDANTS-RESPONDENTS AND CROSS-APPELLANTS.

Argued March 21, 1955—Decided March 28, 1955.

*Mr. George F. Hetfield* argued the cause for the plaintiff-appellant, cross-respondent (*Messrs. Hetfield and Hetfield,* attorneys).

*Mr. Meyer E. Ruback* argued the cause for the defendants-respondents, cross-appellants, W. Franck Howard, William C. Hoblitzell, John E. Toolan and Joseph G. Seaman (*Messrs. Ruback, Albach and Weisman,* attorneys).

*Mr. Daniel G. Kasen* argued the cause for the defendant-respondent, cross-appellant, H. O. B. Motors, Inc., (*Messrs. Kasen, Schnitzer and Kasen,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Freund in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, WACHENFELD, JACOBS and BRENNAN—5.

*For affirmance of disallowance of counsel fees to plaintiff and for reversal with instructions to enter judgment for defendants*—Justices OLIPHANT and BURLING—2.